No. 58599.—Pacific Overseas Corp. and W. J. Byrnes & Co. *v.* United States, protest 144162–K (Los Angeles).

Opinion by RAO, J.  In accordance with stipulation of counsel that the merchandise is similar in all material respects to the linoleum the subject of *United States* v. *Pacific Overseas Co., W. J. Byrnes & Co.* (42 C. C. P. A. 1, C. A. D. 559), the claim of the plaintiffs was sustained.

No. 58600.—Western Grocers and Norman G. Jensen, Inc. *v.* United States, protest 170256–K (Duluth).

Opinion by RAO, J.  In accordance with stipulation of counsel that the merchandise is the same in all material respects as the toilet paper in rolls the subject of *Douglas Paper Co.* v. *United States* (30 Cust. Ct. 87, C. D. 1501), the claim of the plaintiffs was sustained.

No. 58601.—RCA Victor Div. Radio Corp. of America et al. *v.* United States, protests 165540–K, etc. (New York).

Opinion by RAO, J.  In accordance with stipulation of counsel that the merchandise is similar in all material respects to the paper coverings containing phonograph records the subject of *United States* v. *Radio Corp. of America, RCA Victor Division* (41 C. C. P. A. 137, C. A. D. 541), the claim of the plaintiffs was sustained.